UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22628-UU

TRAYEVON BRAYE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon Petitioner's *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody Under 28 U.S.C. § 2254 for ("Petition") (D.E. 1).

THE COURT has reviewed the Petition, pertinent parts of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid who, on July 27, 2020, issued a Report (D.E. 4) ("Report") recommending that the Petition be denied as time barred.

Petitioner was given well over 14 days to file any objections to the Report, but he did not do so. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon review, the Court agrees with Magistrate Judge Reid's recommendations and concurs in all her findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 4, is RATIFIED, ADOPTED, and AFFIRMED. It is further

2

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DENIED. It is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue. No evidentiary hearing shall be held. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this _24th_ day of August, 2020.

*[signature: Ursula Ungaro]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Trayevon Braye, *pro se*
Counsel of Record via CM/ECF